[No. 33689-8-II.   Division Two.   August 29, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY A. DEIMERLY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 04-1-00512-7, F. Mark McCauley, J., entered July 18, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Penoyar, JJ.

[No. 56495-1-I.   Division One.   September 5, 2006.]

JAMES A. HARRIS, *Appellant*, v. ARLIE MASTERS ET AL., *Defendants*, UNION PACIFIC RAILROAD COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-36704-4, Michael Hayden, J., entered June 8, 2005. *Reversed in part* and *remanded* by unpublished opinion per Coleman, J., concurred in by Baker and Cox, JJ.

[No. 56666-1-I.   Division One.   September 5, 2006.]

DOROTHY BULLITT, *Appellant*, v. YALE LEWIS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-03389-6, Mary Yu, J., entered June 10, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Becker and Cox, JJ.

[No. 56910-4-I.   Division One.   September 5, 2006.]

STRAND HUNT CONSTRUCTION, INC., *Appellant*, v. LAKE WASHINGTON SCHOOL DISTRICT NO. 414, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-32646-1, Bruce W. Hilyer, J., entered August 18, 2005. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Baker and Becker, JJ.